NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANDREW CRAIG,**
*Appellant,*

v.

**KENNETH COLE PRODUCTIONS (LIC), INC.,**
*Appellee.*

---

2011-1028

(Opposition No. 91161781)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

Andrew Craig moves for a 14-day extension of time, until January 24, 2011, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>JAN 1 1 2011</u>                          <u>/s/ Jan Horbaly</u>
Date                                   Jan Horbaly
                                       Clerk

cc: Ernest I. Gifford, Esq.
     Cathy E. Shore-Sirotin, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 1 2011

JAN HORBALY
CLERK